## Rudolph Contreras

| | |
|---|---|
| From: | Juan Miramontes |
| Sent: | Tuesday, July 21, 2026 8:06 PM |
| To: | Judge, Kiera S.; jared.english@usdoj.gov; mark.levy@usdoj.gov; isabelle.sun@usdoj.gov; Shields, Kamil R.; Golden, Nathan H.; Tokatlioglu, Melike; Liolos, John J. |
| Subject: | RE: Jury Instructions - U.S. v. Joyner, 23-cr-309 |
| Attachments: | Responses to Jury Notes 1 and 2.pdf |

Good evening,

Please find attached the Court's proposed responses to Jury Notes #1 and #2.

Best regards,

*Let this be filed.*
*7/22/2026*

**Juan Miramontes**
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574

**From:** Juan Miramontes
**Sent:** Monday, July 20, 2026 5:58 PM
**To:** 'Judge, Kiera S.' <judgeks@sullcrom.com>; 'jared.english@usdoj.gov' <jared.english@usdoj.gov>; 'mark.levy@usdoj.gov' <mark.levy@usdoj.gov>; 'isabelle.sun@usdoj.gov' <isabelle.sun@usdoj.gov>; 'Shields, Kamil R.' <shieldska@sullcrom.com>; 'Golden, Nathan H.' <goldenn@sullcrom.com>; 'Tokatlioglu, Melike' <tokatlioglum@sullcrom.com>; 'Liolos, John J.' <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good afternoon,

Please find attached the updated jury instructions, along with the verdict form I sent last week.

Best,

**Juan Miramontes**
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574

**From:** Juan Miramontes
**Sent:** Monday, July 20, 2026 5:01 PM
**To:** 'Judge, Kiera S.' <judgeks@sullcrom.com>; 'jared.english@usdoj.gov' <jared.english@usdoj.gov>; 'mark.levy@usdoj.gov' <mark.levy@usdoj.gov>; 'isabelle.sun@usdoj.gov' <isabelle.sun@usdoj.gov>; 'Shields, Kamil R.' <shieldska@sullcrom.com>; 'Golden, Nathan H.' <goldenn@sullcrom.com>; 'Tokatlioglu, Melike' <tokatlioglum@sullcrom.com>; 'Liolos, John J.' <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

1

Hello again,

There is one edit to this instruction, based on what was decided at the charging conference:

> You have heard testimony that law enforcement did not conduct certain scientific tests or use certain investigative techniques. You may consider this testimony—and whether the omitted tests or other actions were steps that would otherwise normally be taken under the circumstances—in deciding whether the government has met its burden to prove Mr. Joyner's guilt beyond a reasonable doubt, because you should look to all of the evidence or lack of evidence in deciding whether Mr. Joyner is guilty. In other words, you may consider that testimony as you would any other evidence, and give it such weight as you believe it may deserve under the circumstances. Likewise, you may make reasonable inferences from the fact the certain tests were inconclusive, that certain tests were not conducted, or that certain investigative techniques were not used. Any such inferences, however, should not be based on unfounded speculation or conjecture about what the results of such tests or techniques might have been. There is no legal requirement that the government use any specific scientific tests or investigative techniques or all possible tests or techniques to prove its case.

I will send over the finalized jury instructions shortly.

Best,
Juan


**From:** Juan Miramontes
**Sent:** Monday, July 20, 2026 12:48 PM
**To:** 'Judge, Kiera S.' <judgeks@sullcrom.com>; 'jared.english@usdoj.gov' <jared.english@usdoj.gov>; 'mark.levy@usdoj.gov' <mark.levy@usdoj.gov>; 'isabelle.sun@usdoj.gov' <isabelle.sun@usdoj.gov>; 'Shields, Kamil R.' <shieldska@sullcrom.com>; 'Golden, Nathan H.' <goldenn@sullcrom.com>; 'Tokatlioglu, Melike' <tokatlioglum@sullcrom.com>; 'Liolos, John J.' <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good afternoon,

Please find enclosed the Court's proposed instruction on omissions in police investigations.

Best,

Juan Miramontes
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574


**From:** Juan Miramontes
**Sent:** Monday, July 20, 2026 10:07 AM
**To:** 'Judge, Kiera S.' <judgeks@sullcrom.com>; 'jared.english@usdoj.gov' <jared.english@usdoj.gov>; 'mark.levy@usdoj.gov' <mark.levy@usdoj.gov>; 'isabelle.sun@usdoj.gov' <isabelle.sun@usdoj.gov>; 'Shields, Kamil R.' <shieldska@sullcrom.com>; 'Golden, Nathan H.' <goldenn@sullcrom.com>; 'Tokatlioglu, Melike'

<tokatlioglum@sullcrom.com>; 'Liolos, John J.' <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good morning,

Please find enclosed the Court's proposed instruction on venue for Count Twenty-Five.

Best,

**Juan Miramontes**
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574

**From:** Juan Miramontes
**Sent:** Sunday, July 19, 2026 9:49 PM
**To:** 'Judge, Kiera S.' <judgeks@sullcrom.com>; jared.english@usdoj.gov; mark.levy@usdoj.gov; isabelle.sun@usdoj.gov; Shields, Kamil R. <shieldska@sullcrom.com>; Golden, Nathan H. <goldenn@sullcrom.com>; Tokatlioglu, Melike <tokatlioglum@sullcrom.com>; Liolos, John J. <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

Thank you very much for the update.

**From:** Judge, Kiera S. <judgeks@sullcrom.com>
**Sent:** Sunday, July 19, 2026 9:09 PM
**To:** Juan Miramontes <Juan_Miramontes@dcd.uscourts.gov>; jared.english@usdoj.gov; mark.levy@usdoj.gov; isabelle.sun@usdoj.gov; Shields, Kamil R. <shieldska@sullcrom.com>; Golden, Nathan H. <goldenn@sullcrom.com>; Tokatlioglu, Melike <tokatlioglum@sullcrom.com>; Liolos, John J. <liolosj@sullcrom.com>
**Subject:** RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

**CAUTION - EXTERNAL:**

Good evening, Mr. Miramontes,

The parties have met and conferred regarding the instructions, and I believe we have reached an agreement regarding the Government's proposed attorneys interviewing witnesses instruction and the Defense's proposed defense theory of the case instruction. We have not been able to reach an agreement regarding the instruction on omissions in police investigations. The Defense will submit its proposal tonight.

Thank you,
Kiera

Kiera S. Judge
(202) 956-7611 (Office) | (732) 648-5426 (Cell)

**From:** Juan Miramontes <Juan_Miramontes@dcd.uscourts.gov>
**Sent:** Sunday, July 19, 2026 8:33 PM
**To:** jared.english@usdoj.gov; mark.levy@usdoj.gov; isabelle.sun@usdoj.gov; Shields, Kamil R. <shieldska@sullcrom.com>; Golden, Nathan H. <goldenn@sullcrom.com>; Judge, Kiera S. <judgeks@sullcrom.com>;

3

Tokatlioglu, Melike <tokatlioglum@sullcrom.com>; Liolos, John J. <liolosj@sullcrom.com>
Subject: [EXTERNAL] RE: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good evening,

The Court wishes to inquire whether the parties have an update on timing regarding their submissions concerning the Defense's proposed instruction on the forensic testing of evidence and the Government's proposed instruction on the interviewing of witnesses?  Thank you in advance.

Best,

Juan Miramontes
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574

From: Juan Miramontes <Juan_Miramontes@dcd.uscourts.gov>
Sent: Friday, July 17, 2026 10:39 AM
To: jared.english@usdoj.gov; mark.levy@usdoj.gov; isabelle.sun@usdoj.gov; shieldska@sullcrom.com; goldenn@sullcrom.com; judgeks@sullcrom.com; tokatlioglum@sullcrom.com; liolosj@sullcrom.com
Subject: Re: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good morning,

Please find attached the Verdict Form for your review.  Additionally, I am including revised instructions for Counts Two, Five, and Twenty-Eight, with edits noted.

Best,

Juan Miramontes
Law Clerk to the Honorable Rudolph Contreras
U.S. District Court for the District of Columbia
Juan_Miramontes@dcd.uscourts.gov
(202) 354-3574

From: Juan Miramontes
Sent: Thursday, July 16, 2026 7:40 PM
To: jared.english@usdoj.gov <jared.english@usdoj.gov>; mark.levy@usdoj.gov <mark.levy@usdoj.gov>; isabelle.sun@usdoj.gov <isabelle.sun@usdoj.gov>; shieldska@sullcrom.com <shieldska@sullcrom.com>; goldenn@sullcrom.com <goldenn@sullcrom.com>; judgeks@sullcrom.com <judgeks@sullcrom.com>; tokatlioglum@sullcrom.com <tokatlioglum@sullcrom.com>; liolosj@sullcrom.com <liolosj@sullcrom.com>
Subject: Jury Instructions - U.S. v. Joyner, 23-cr-309

Good evening,

Please find enclosed the Court's jury instructions for your review.  Thank you very much.