# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     :

     v.      :     Criminal Action No.: 23-309 (RC)

     ,      :

SHAMELL NAQUAN JOYNER,      :

     :

     Defendant.      :

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Interference with Commerce by Robbery – Falcon Fuel, 1301 13th Street, NW, Washington, D.C. (April 12, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____✗_____
Not Guilty                         Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT ONE, YOU MUST NOT CONSIDER COUNT TWO.**

## COUNT TWO

With respect to Count Two, Using, Carrying, Possessing, and Discharging a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery, (April 12, 2023), as charged in Count One, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____✗_____
Not Guilty                         Guilty

1

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Two, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count One.  Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count One?



_____  
No

_____ X _____  
Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER discharged a firearm during and in relation to the crime of violence charged in Count One?

_____  
No

_____ X _____  
Yes

2

## COUNT THREE

With respect to Count Three, Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, 9-millimeter ammunition, (April 12, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

 

_____
Not Guilty

_____X_____
Guilty

## COUNT FOUR

With respect to Count Four, Carjacking (2021 Honda HR-V: VIN 3CZRU6H54MM-719893) from the 600 block of L Street, NW, Washington, D.C. (April 13, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

 

_____
Not Guilty

_____
Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT FOUR, YOU MUST NOT CONSIDER COUNT FIVE.**

## COUNT FIVE

With respect to Count Five, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Carjacking (April 13, 2023), as charged in Count Four, how do you find Defendant SHAMELL NAQUAN JOYNER?

 

_____
Not Guilty

_____
Guilty

3

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Five, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Four. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Four?

_____                          _____
No                                               Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Four?

_____                          _____
No                                               Yes

4

## COUNT SIX

With respect to Count Six, Interstate Transportation of Stolen Motor Vehicle (2021 Honda HR-V: VIN 3CZRU6H54MM719893) (April 13, 2023), from the District of Columbia to the Commonwealth of Virginia, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                    _____
Not Guilty                           Guilty

## COUNT SEVEN

With respect to Count Seven, Interference with Commerce by Robbery – 7-Eleven, 1100 Vermont Avenue, NW, Washington, D.C. (April 15, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                    _____
Not Guilty                           Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT SEVEN, YOU MUST NOT CONSIDER COUNT EIGHT.**

## COUNT EIGHT

With respect to Count Eight, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (April 15, 2023), as charged in Count Seven, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                    _____
Not Guilty                           Guilty

5

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Eight, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Seven. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Seven?

_____           _____
No                          Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Seven?

_____           _____
No                          Yes

6

## COUNT NINE

With respect to Count Nine, Interference with Commerce by Robbery – 7-Eleven, 3023 Duke Street, Alexandria, VA (April 17, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                    _____
Not Guilty                                              Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT NINE, YOU MUST NOT CONSIDER COUNT TEN.**

## COUNT TEN

With respect to Count Ten, Using, Carrying, Possessing, and Discharging a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (April 17, 2023), as charged in Count Nine, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                    _____
Not Guilty                                              Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Ten, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Nine. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Nine?

_____                    _____
No                                                      Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER discharged a firearm during and in relation to the crime of violence charged in Count Nine?

_____                    _____
No                                                      Yes

7

## COUNT ELEVEN

With respect to Count Eleven, Interference with Commerce by Robbery – 7-Eleven, 7401 Georgia Avenue, NW, Washington, D.C. (April 30, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                                   Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT ELEVEN, YOU MUST NOT CONSIDER COUNT TWELVE.**

## COUNT TWELVE

With respect to Count Twelve, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (April 30, 2023), as charged in Count Eleven, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                                   Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Twelve, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Eleven. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Eleven?

_____          _____
No                                            Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Eleven?

_____          _____
No                                            Yes

8

## COUNT THIRTEEN

With respect to Count Thirteen, Interference with Commerce by Robbery – 7-Eleven, 1315 2nd Street, NE, Washington, D.C. (May 1, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                          _____
Not Guilty                                        Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT THIRTEEN, YOU MUST NOT CONSIDER COUNT FOURTEEN.**

## COUNT FOURTEEN

With respect to Count Fourteen, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 1, 2023), as charged in Count Thirteen, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____                          _____
Not Guilty                                        Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Fourteen, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Thirteen. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Thirteen?

_____                          _____
No                                                Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Thirteen?

_____                          _____
No                                                Yes

9

## COUNT FIFTEEN

With respect to Count Fifteen, Interference with Commerce by Robbery – 721 Shop and Run, 721 H Street, NE, Washington, D.C. (May 1, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                              Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT FIFTEEN, YOU MUST NOT CONSIDER COUNT SIXTEEN.**

## COUNT SIXTEEN

With respect to Count Sixteen, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 1, 2023), as charged in Count Fifteen, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                              Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Sixteen, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Fifteen. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Fifteen?

_____          _____
No                                     Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Fifteen?

_____          _____
No                                     Yes

10

## COUNT SEVENTEEN

With respect to Count Seventeen, Interference with Commerce by Robbery – 7-Eleven, 1645 Connecticut Avenue, NW, Washington, D.C. (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____          _____
Not Guilty                         Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT SEVENTEEN, YOU MUST NOT CONSIDER COUNT EIGHTEEN.**

## COUNT EIGHTEEN

With respect to Count Eighteen, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 2, 2023), as charged in Count Seventeen, how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____          _____
Not Guilty                         Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Eighteen, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Seventeen. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Seventeen?

X

_____          _____
No                                 Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Seventeen?

X

_____          _____
No                                 Yes

11

## COUNT NINETEEN

With respect to Count Nineteen, Interference with Commerce by Robbery – 7-Eleven, 8484 Georgia Avenue, Silver Spring, MD (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                              Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT NINETEEN, YOU MUST NOT CONSIDER COUNT TWENTY.**

## COUNT TWENTY

With respect to Count Twenty, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 2, 2023), as charged in Count Nineteen, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                              Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Twenty, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Nineteen. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Nineteen?

_____          _____
No                                       Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Nineteen?

_____          _____
No                                       Yes

12

## COUNT TWENTY-ONE

With respect to Count Twenty-One, Interference with Commerce by Robbery – 7-Eleven, 1101 Annapolis Road, Odenton, MD (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

X

———————————————         ———————————————
Not Guilty                              Guilty

### IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT TWENTY-ONE, YOU MUST NOT CONSIDER COUNT TWENTY-TWO.

## COUNT TWENTY-TWO

With respect to Count Twenty-Two, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 2, 2023), as charged in Count Twenty-One, how do you find Defendant SHAMELL NAQUAN JOYNER?

X

———————————————         ———————————————
Not Guilty                              Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Twenty-Two, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-One. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-One?

X

———————————————         ———————————————
No                                      Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Twenty-One?

X

———————————————         ———————————————
No                                      Yes

13

## COUNT TWENTY-THREE

With respect to Count Twenty-Three, Interference with Commerce by Robbery – Exxon, 7898 Ridge Road, Hanover, MD (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____          _____
Not Guilty                                    Guilty

## IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT TWENTY-THREE, YOU MUST NOT CONSIDER COUNT TWENTY-FOUR.

## COUNT TWENTY-FOUR

With respect to Count Twenty-Four, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Interference with Commerce by Robbery (May 2, 2023), as charged in Count Twenty-Three, how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____          _____
Not Guilty                                    Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Twenty-Four, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-Three. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-Three?

X

_____          _____
No                                             Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Twenty-Three?

X

_____          _____
No                                             Yes

14

## COUNT TWENTY-FIVE

With respect to Count Twenty-Five, Carjacking (2020 Toyota RAV-4: VIN JTMRWRFV7LD 550872) from 7898 Ridge Road, Hanover, MD (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____                    _____
Not Guilty                                   Guilty

## IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT TWENTY-FIVE, YOU MUST NOT CONSIDER COUNT TWENTY-SIX.

## COUNT TWENTY-SIX

With respect to Count Twenty-Six, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence, that is, Carjacking (May 2, 2023), as charged in Count Twenty-Five, how do you find Defendant SHAMELL NAQUAN JOYNER?

X

_____                    _____
Not Guilty                                   Guilty

In order to find Defendant SHAMELL NAQUAN JOYNER guilty of Count Twenty-Six, you must find beyond a reasonable doubt that he used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-Five. Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER used or carried a firearm during and in relation to the crime of violence charged in Count Twenty-Five?

X

_____                    _____
No                                           Yes

If you answered "yes" to the preceding question, please answer the following question: Do you find beyond a reasonable doubt that Defendant SHAMELL NAQUAN JOYNER brandished a firearm during and in relation to the crime of violence charged in Count Twenty-Five?

X

_____                    _____
No                                           Yes

15

## COUNT TWENTY-SEVEN

With respect to Count Twenty-Seven, Interstate Transportation of Stolen Motor Vehicle (2020 Toyota RAV-4: VIN JTMRWRFV7LD550872) (May 2, 2023), from the State of Maryland to the District of Columbia, how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          ✗
Not Guilty                _____
                          Guilty

## COUNT TWENTY-EIGHT

With respect to Count Twenty-Eight, Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, a .22 LR caliber semi-automatic firearm and .22 LR caliber ammunition (May 2, 2023), how do you find Defendant SHAMELL NAQUAN JOYNER?

_____          _____
Not Guilty                Guilty

SO SAY WE ALL, this 27 day of July , 2026.

_____
FOREPERSON